RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 2/11/10
BY _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 09-0160-02 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| TONYELL T. TOLIVER<br>a/k/a GINA WILLIS<br>a/k/a SONYA WINTERS | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Tonyell T. Toliver, and adjudges her guilty of the offenses charged in Counts One and Three of the Indictment against her.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the District Court accepts defendant, Tonyell T. Toliver's agreement to provide restitution in this matter and to forfeit the items referenced in Count Six of the Indictment.

THUS DONE AND SIGNED this 11th day of March 2010 in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE